**Order entered January 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01577-CV

## IN THE INTEREST OF J.A.S.C., J.A.L.C., N.D.C, AND G.S.C., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-08960-T**

## ORDER

This is an appeal from a decree terminating appellant Father's parental rights to four of his children and appointing the Dallas County Child Protective Services Unit of the Texas Department of Family and Protective Services ("CPS") permanent managing conservator of the children. On January 3, 2014, Father, proceeding pro se, filed a motion for extension of time to file his brief, seeking an additional thirty days so that he may retain counsel. The clerk's record, however, reflects appellant was found indigent at the trial court level and was represented at trial by appointed counsel, Thelma S. Clardy. Pursuant to section 107.016 of the Texas Family Code, an attorney appointed to represent a parent in a termination suit brought by CPS continues to serve as attorney for the parent on appeal until the earliest of (1) the date all appeals in relation to any final order terminating parental rights are exhausted; or (2) the date the attorney is relieved of his duties or replaced by another attorney upon a finding of good cause by the trial court. *See* TEX. FAM. CODE ANN. § 107.016(2) (West Supp. 2013). The record here does not reflect Thelma

S. Clardy has been relieved of her duties or replaced by new counsel. Accordingly, it appears Thelma S. Clardy remains as counsel for Father. Because an appeal from a decree of termination is accelerated, we **GRANT** appellant Father's extension motion to the extent we **ORDER** Thelma S. Clardy to file the brief no later than January 28, 2014. *See* TEX. R. APP. P. 28.4(a)(1). No further extensions will be granted absent exigent circumstances.

We note the clerk's record does not contain a copy of the "Binding Mediated Settlement Agreement" incorporated into the decree of termination. Accordingly, we **ORDER** Dallas County District Clerk Gary Fitzsimmons to file a supplemental clerk's record containing a copy of the agreement within five (5) days of this order. *See* TEX. R. APP. P. 34.5(c).

We **DIRECT** the Clerk of the Court to send copies of this order (1) by electronic transmission to Dallas County District Clerk Gary Fitzsimmons and Sylvia Ann Cantu, lead counsel for CPS; (2) by facsimile transmission to Thelma S. Clardy at (972) 283-9898; and (3) by regular mail to Father and Mother.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE